# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO ARAMBULA, | NO. CV 09-1141 AHM (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: July 30, 2009

*[signature]*

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6